```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )  Docket No. 12 CR 190
                               )
          vs.                  )
                               )
ABIDEMI AJAYI,                 )  Chicago, Illinois
                               )  June 27, 2013
             Defendant.        )  10:08 a.m.


              TRANSCRIPT OF PROCEEDINGS - Status
         BEFORE THE HONORABLE REBECCA R. PALLMEYER


APPEARANCES:


For the Plaintiff:       HON. ZACHARY T. FARDON
                         UNITED STATES ATTORNEY
                         BY:  MS. YASMIN N BEST
                         219 South Dearborn, 5th Floor
                         Chicago, Illinois  60604


For the Defendant:       LAW OFFICES OF DAMON M. CHERONIS
                         BY:  MR. DAMON M. CHERONIS
                         53 West Jackson Boulevard, Suite 1750
                         Chicago, Illinois  60604





Court Reporter:          FRANCES WARD, CSR, RPR, FCRR
                         Official Court Reporter
                         219 S. Dearborn Street, Suite 2118
                         Chicago, Illinois  60604
                         (312) 435-5561
                         frances_ward@ilnd.uscourts.gov
```

| | |
|---|---|
| 1 | THE CLERK: 12 CR 190, United States versus Abidemi |
| 2 | Ajayi for status. |
| 3 | MS. BEST: Good morning, your Honor. |
| 4 | Yasmin Best on behalf of the United States. |
| 5 | THE COURT: Good morning, Ms. Best. |
| 6 | MR. CHERONIS: Good morning, your Honor. |
| 7 | Damen Cheronis on behalf of Mr. Ajayi. |
| 8 | THE COURT: Good morning. |
| 9 | Okay. We are here for status, correct? |
| 10 | MR. CHERONIS: Yes. |
| 11 | MS. BEST: Yes, your Honor. |
| 12 | THE COURT: What's our status? |
| 13 | MR. CHERONIS: Well, the Court graciously granted |
| 14 | my trial continuance. It's set for, I believe, December 2nd. |
| 15 | And it appears that we will be going to trial that day. |
| 16 | THE COURT: Okay. Well, in that case, I guess I |
| 17 | just need to set disclosure dates. |
| 18 | Can I suggest, Ms. Best, that the government make |
| 19 | its disclosures by, say, October 30th? |
| 20 | MS. BEST: That shouldn't be a problem, your Honor. |
| 21 | THE COURT: All right. And then any final motions, |
| 22 | Mr. Cheronis, I am going to ask you to file a week later. So |
| 23 | by November 8th. |
| 24 | We will set a pretrial conference on November 13th, |
| 25 | which is a Wednesday, if that's all right. |

1  MR. CHERONIS: Your Honor, I will be on trial in
2  front of Judge Lee that day for sure.
3  THE COURT: Is the following Wednesday all right?
4  MR. CHERONIS: That would be fine.
5  THE COURT: The 20th. Is that all right for you,
6  Ms. Best?
7  MS. BEST: That will work for the government.
8  And, your Honor, that motion deadline, is that for
9  all motions *in limine*?
10 THE COURT: Yes. I will just say all the trial
11 motions by November 8th. And then we will have you in on the
12 20th for a final pretrial conference.
13 MS. BEST: Your Honor, there is one other matter,
14 which I failed -- I, for some reason, thought I had filed
15 this.
16 The government wants to move for an order to
17 disclose tax returns and tax information related to the
18 defendant and a business that he has. I have tendered a
19 draft of the motion and the order to the defense counsel. I
20 don't know if he has any objection.
21 MR. CHERONIS: The government had mentioned this to
22 me some time ago. I have no objection.
23 MS. BEST: Essentially just based on our
24 conversations, I anticipate that information about the
25 defendant and his company will be at issue at trial. So to

1  be able to have those tax returns well in advance of trial,
2  the government would move for an order disclosing those.
3           If I can hand up to your Honor a draft of both the
4  motion and the order?
5           THE COURT:  Sure.
6           (Documents tendered.)
7           THE COURT:  And you will share these with the
8  defendant.
9           MS. BEST:  Absolutely, your Honor.
10          THE COURT:  All right.  That's fine.  Thank you.
11          MR. CHERONIS:  Thank you.
12          MS. BEST:  Thank you, your Honor.
13          The government would move to exclude time until the
14 pretrial conference date in the interest of justice and to
15 allow for the continued disclosure of discovery information
16 as well as the filing of motions.
17          THE COURT:  Any objection?
18          MR. CHERONIS:  I have no objection.  If they want
19 to move it all the way up to the trial date, that's fine, as
20 well.
21          THE COURT:  We will exclude time through the trial
22 date of December 2nd.
23          The final pretrial conference on the 20th, we are
24 going to make that at 10:00 o'clock.
25          MR. CHERONIS:  Thank you.

1          MS. BEST:  Thank you, your Honor.

2          THE COURT:  Thank you.

3                  *     *     *     *     *

4   I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

5

6   /s/ Frances Ward                          September 17, 2014.
    Official Court Reporter
7   F