```
 1                    IN THE UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF ILLINOIS
 2                             EASTERN DIVISION

 3

 4    UNITED STATES OF AMERICA,        )
                                       )
 5                    Plaintiff,       )   Docket No. 12 CR 190
                                       )
 6              vs.                    )
                                       )
 7    ABIDEMI AJAYI,                   )   Chicago, Illinois
                                       )   August 5, 2013
 8                    Defendant.       )   9:05 a.m.

 9
                      TRANSCRIPT OF PROCEEDINGS - Motion
10           BEFORE THE HONORABLE REBECCA R. PALLMEYER

11
      APPEARANCES:
12

13    For the Plaintiff:       HON. ZACHARY T. FARDON
                                UNITED STATES ATTORNEY
14                              BY:  MS. YASMIN N BEST
                                219 South Dearborn, 5th Floor
15                              Chicago, Illinois  60604

16
      For the Defendant:       LAW OFFICES OF DAMON M. CHERONIS
17                              BY:  MR. DAMON M. CHERONIS
                                53 West Jackson Boulevard, Suite 1750
18                              Chicago, Illinois  60604

19

20

21

22
      Court Reporter:          FRANCES WARD, CSR, RPR, RMR, FCRR
23                              Official Court Reporter
                                219 S. Dearborn Street, Suite 2144A
24                              Chicago, Illinois  60604
                                (312) 435-5561
25                              frances_ward@ilnd.uscourts.gov
```

1           THE CLERK:   12 CR 190, United States versus Abidemi

2    Ajayi.

3           MS. BEST:   Good morning, your Honor.

4           Yasmin Best on behalf of the United States.

5           THE COURT:   Good morning, Ms. Best.

6           MR. CHERONIS:   Good morning, your Honor.

7           Damon Cheronis on behalf of Mr. Ajayi.

8           THE COURT:   Mr. Cheronis, good morning.

9           Okay.   I believe we're here on your motion,

10   Mr. Cheronis, to modify the conditions of release.

11          MR. CHERONIS:   Yes, your Honor.

12          Part of the motion, I think there is no objection

13   to, regarding Mr. Ajayi's being able to go to Houston, Texas,

14   to visit his -- his mother's grave site.

15          The other requests are -- I guess I would couch as

16   sort of a Hail Mary.  He wanted to go to Tahiti with his

17   wife, and then there are some other international travel

18   requests for work.  I do not have yet the documentation to

19   kind of support the work requests, but those would be trips

20   that would require him to basically get his passport back and

21   travel abroad.

22          I understand both the government and pretrial

23   services does have an objection to that.

24          MS. BEST:   That's correct, your Honor.  As you

25   might remember, this case was actually charged last winter

1  and then indicted -- charged by complaint last winter and

2  then indicted in July of 2012.  Mr. Ajayi was not arrested

3  until he returned into the country in January of this year.

4  The reason he wasn't arrested is that he had been out of the

5  country for the previous approximate three years.

6          In light of that, the fact that he is a naturalized

7  citizen with significant ties overseas, and the fact that --

8  I think the motion says this vacation has already been paid

9  for prior to his indictment.  Mr. Ajayi didn't have any

10  employment for some time before his indictment.  I understand

11  his wife does have a job, but realistically we are dealing

12  with almost $200,000 in stolen funds, which very well could

13  have been used to fund this -- to pay for this trip.

14          In light of the concerns about him traveling

15  abroad, his relationships with others abroad, the fact that

16  he was gone for several years before his arrest, and the

17  nature of this trip, and the fact that it's essentially just

18  a family vacation, the government does object.

19          Additionally, regarding his travel for his work, at

20  this point, it's unclear -- I have spoken to Mr. Cheronis --

21  whether he does in fact need to travel, whether he is the

22  only person who could do this work in Europe.

23          But, again, because Mr. Ajayi was essentially a

24  fugitive for some time, the government would object to any

25  international travel at this point.

1    MR. CHERONIS:  Just briefly.  His wife is employed

2   as a nurse.  I think that she certainly has the funds to pay

3   for this trip.

4    Regarding his work, I mean, I guess even right now,

5   without some sort of documentation from his job as to him

6   being required to do this, I think it would probably be a

7   little bit premature to really ask for this permission, but I

8   wanted to get it in because, as you can see, the Houston trip

9   is scheduled for August 9th.

10    I guess what I would like to ask this Court is

11   that -- would it be something the Court would consider,

12   regarding the travel for work, if I were to supply the Court

13   with documentation from his boss detailing the need for

14   Mr. Ajayi to go, what he would be doing there, or is it

15   something the Court would just say, I'm not going to consider

16   it?

17    THE COURT:  Well, there's actually three issues

18   here.  We have got the travel to Houston to visit the

19   mother's grave site, and I understand there is no objection

20   to that.

21    MS. BEST:  That's correct.

22    THE COURT:  That part of the motion will be

23   granted.

24    Then we have got the issue of a vacation in Tahiti,

25   and then international travel unspecified, dates unspecified,

1    reasons unspecified.  That will be denied without prejudice.

2            The odds of my granting that motion, Mr. Cheronis,

3    they are pretty long.  I'm always curious about why some, you

4    know, legitimate business has only one person who could

5    imaginably cover some significant matter abroad, and I would

6    expect that there would be some explanation as to why

7    somebody else can't do this.

8            That leaves us with the issue of Tahiti, and I know

9    these are prepaid tickets that I understand were paid for

10   prior to his indictment.  Is that right?  Wait.

11           MR. CHERONIS:  Your Honor, you know what?  I'm --

12   let me double-check on that.

13           I think what may have happened, and I -- I know the

14   trip was planned to Tahiti before Mr. Ajayi came back.  He

15   was expected to come back.  And I'm not sure if these tickets

16   were for a trip that was supposed to occur a little bit

17   earlier and then those tickets were refunded, essentially, to

18   get the trip at a different date.

19           I know a trip was purchased for Tahiti, though,

20   prior to his being indicted.  I think, if I'm remembering

21   correctly, that the trip was scheduled for sometime soon

22   after he was -- he came back, and somehow they were allowed

23   to extend that trip.

24           In other words, they were paid for, for a time of

25   several months ago, and somehow the trip was allowed to be

1    extended or the trip was continued.

2            So those were tickets that were paid for,

3    certainly, before he appeared before this Court because his

4    return to the United States was imminent and expected.

5            THE COURT:  I'm uncomfortable, given that he was

6    out of the country for so long, with his traveling to Tahiti.

7            If I can be of some assistance in getting a refund

8    from the airline, please contact me.

9            MR. CHERONIS:  Thank you, your Honor.

10           THE COURT:  All right.  Thank you.

11           We have got a status -- oh, we have a final

12   pretrial conference in November.  If something comes up in

13   the meantime, obviously, you should let me know.

14           MR. CHERONIS:  Okay.  Thank you.

15           MS. BEST:  Thank you, your Honor.

16           THE COURT:  Thank you.

17                   *   *   *   *   *

18   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
19

20   /s/ Frances Ward                    September 17, 2014.
     Official Court Reporter
21   F/t

22

23

24

25